**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                    **Case No.**  **8:18-cr-91-JDW-AAS-1**

**ANTHONY PHILLIPS,**

       **Defendant.**
_____/

### NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 821 OMNIBUS ORDER

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Anthony Phillips.

1.    The Omnibus Order authorizes the Office of the Federal Defender to represent defendants who [were] sentenced in the Middle District of Florida and [are] potentially eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821." Omnibus Order at 1.

2. Pursuant to the procedures set forth in the Omnibus Order, the United States Probation Office prepares an Amendment 821 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 821. *Id.* Upon receipt of an Amendment 821 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility for relief under Amendment." *Id.* at 2. If the Office "determines that it will not pursue relief on the defendant's behalf, it shall file a notice advising the court . . . and take any appropriate steps to comply with the applicable rules of professional conduct." *Id.*

3. Based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 821 Memorandum and Defendant's original presentence investigation report, undersigned counsel cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines because neither Part A nor Part B, subpart 1 is applicable to Defendant Anthony Phillips because the Defendant was asssessed one or more criminal history points and was not assessed status points.

4.     Pursuant to Local Rule 2.02 (c)(1), the Federal Defender's Office intends to provide 14 days' notice to Defendant. Undersigned counsel has arranged to communicate with Defendant and to advise him of Probation's memorandum, undersigned counsel's professional opinion, this Notice of Satisfaction, and the right to proceed *pro se*. Undersigned counsel intends to file a motion to terminate his representation of Defendant. However, this motion will not be filed until undersigned counsel has satisfied the requirements of Local Rule 2.02 (c)(1).

Accordingly, the Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 821 on behalf of Defendant Anthony Phillips.

A. Fitzgerald Hall, Esq.
Federal Public Defender

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar Number 0544124
201 S. Orange Avenue, Ste 300
Orlando, Florida 32801
Telephone: (407) 648-6338
E-Mail: jim_skuthan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

/s/ *James T. Skuthan*
James T. Skuthan, Esq.
Attorney for Defendant